No. 87–7299. WHITFIELD v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–7300. KING v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–7301. CESPEDES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–7302. DOLENC v. OWENS, COMMISSIONER, DEPARTMENT OF CORRECTIONS. C. A. 3d Cir. Certiorari denied.

No. 87–7304. CROSS v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. C. A. 9th Cir. Certiorari denied.

No. 87–7305. GARRETT v. STICKRATH, SUPERINTENDENT, ORIENT CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 87–7307. WATSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–7308. WALLACE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–7309. SMALL v. BENNERSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–7310. SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–7312. ROBERTS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–7313. PHILLIPS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 87–7314. RODRIGUEZ DIAZ v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 87–7315. CARR v. REDMAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–7316. LAWRENCE v. OAO CORP. Ct. Sp. App. Md. Certiorari denied.